# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SARAH ADAMS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>BOE INVESTMENTS, LLC, DOUG BOE and RONDA BOE,<br><br>　　　　　Defendants. | NO: 1:19-CV-3048-TOR<br><br>ORDER GRANTING PROTECTIVE ORDER AND DISCLOSING REDACTED MEDICAL RECORDS |

BEFORE THE COURT is the *in camera* inspection, redaction and a protective order concerning Plaintiff's medical records. The Court ordered Dr. Michael Stephens/Kaiser Permanente to disclose only those records, statements and diagnoses that (1) verify that Plaintiff meets the Fair Housing Act's definition of disability (i.e., has a physical or mental impairment that substantially limits one or more major life activities), (2) describes the needed accommodation, and (3) shows the relationship between Plaintiff's disability and the need for the requested accommodation at the time the request was made September 2018 and thereafter.

ORDER GRANTING PROTECTIVE ORDER AND DISCLOSING REDACTED
MEDICAL RECORDS ~ 1

ECF No. 22. On December 12, 2019, the Court received those records, reviewed them *in camera* and has redacted personal privacy protected information. The records otherwise contain relevant information necessary to be disclosed to the parties, but such medical information is otherwise private and should not be disclosed publicly. Accordingly, the Court supplies the medical records, which the Court designates as confidential, to the parties in the sealed attachment.

The confidential records may only be used by the parties for purposes of prosecuting, defending or attempting to settle this case. The parties shall not file any of these records other than by a sealed filing and shall not quote or paraphrase anything from them, other than through a sealed filing; unless Plaintiff consents or the Court orders otherwise.

**IT IS SO ORDERED**.

The District Court Executive is hereby directed to enter this Order and furnish copies to counsel.

DATED December 13, 2019.



THOMAS O. RICE
Chief United States District Judge

ORDER GRANTING PROTECTIVE ORDER AND DISCLOSING REDACTED MEDICAL RECORDS ~ 2