# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SARAH ADAMS,<br><br>                Plaintiff,<br><br>v.<br><br>BOE INVESTMENTS, LLC, d/b/a/ NORTH RIDGE APARTMENTS, a Washington Limited Liability Company, and DOUG AND RONDA BOE, a married couple,<br><br>                Defendants. | NO. 1:19-CV-3048-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulated Motion to Dismiss Action with Prejudice. ECF No. 38. This matter was submitted for consideration without oral argument. The Court has reviewed the record and files herein, and is fully informed. The stipulation is filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and provides for the dismissal with prejudice of this action in its entirety and that each party will bear its own costs and attorneys' fees.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action in its entirety is **DISMISSED** with prejudice and each party shall bear its own costs and attorneys' fees.

2. All pending motions are denied as moot and related hearing dates stricken from the Court's calendar.

The District Court Executive is directed to enter this Order and Judgment accordingly, furnish copies to counsel, and CLOSE the file.

**DATED** February 6, 2020.



THOMAS O. RICE
Chief United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2